# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN DONOHUE,<br>　　　Plaintiff,<br><br>　　　v.<br><br>WALMART, INC., et al.,<br>　　　Defendants. | CV 22-3613 DSF (Ex)<br><br>JUDGMENT |

　　The Court having granted Defendant's motion for summary judgment,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant Walmart, Inc. recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 23, 2023

_____
Dale S. Fischer
United States District Judge